## IN THE MATTER OF MINANCHI, AN OTTAWA INDIAN

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1815): *Journal 2:* (1) Recognizance discharged \*p. 477.
PAPERS IN FILE: (1) Recognizance to appear.

## IN THE MATTER OF JEAN BAPTISTE VERNIER, DIT LADOUCEUR

JOURNAL ENTRIES (1815): *Journal 2:* (1) Recognizance \*p. 477.
PAPERS IN FILE: [None]

## SOLOMON SIBLEY, ADMINISTRATOR, ETC., OF WILLIAM FLANAGAN, DECEASED, *versus* JOHN MELDRUM, ADMIN-ISTRATOR, ETC., OF GEORGE MELDRUM, DECEASED

JOURNAL ENTRIES (1815–18): *Journal 2:* (1) Judgment \*p. 479; (2) declaration on scire facias filed \*p. 598; (3) rule to plead \*p. 599; (4) judgment \*p. 614.
PAPERS IN FILE: (1) Summons; (2) draft of judgment; (3) precipe for execution fi. fa.; (4) precipe for scire facias; (5) writ of scire facias and return; (6) narr. on scire facias; (7) writ of fi. fa. and return.
*Office Docket,* MS p. 14, c. 22; p. 37, c. 18; p. 43½, c. 2.